IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENISE CAROL FATH, | ) |
| Plaintiff, | ) Civil Action No. 2:12-cv-00989 |
| v. | ) Judge Mark R. Hornak |
| HERITAGE VALLEY MEDICAL GROUP, | ) |
| Defendant. | ) |

## ORDER

AND NOW, this 1st day of February, 2013, for the reasons set forth in the Memorandum Opinion of the Court of this date it is **ORDERED** that Defendants' Motion to Dismiss Plaintiff's Amended Complaint, ECF No. 11, is **GRANTED** in part and **DENIED** in part as follows:

- The Motion is granted only to the extent that Ms. Fath may not pursue her claims for damages in the form of any loss of personal/sick/vacation time (Am. Compl., ECF No. 10, ¶ 59(a),(b), and (c));

- The Motion is denied without prejudice to the extent that Ms. Fath may pursue all other damages claims in the Amended Complaint (Am. Compl. ¶ 59(d),(e),(f), and (g));

- The Motion is denied without prejudice in seeking the dismissal of the case based on Ms. Fath's failure to specify the "serious health condition" suffered by her mother.

Mark R. Hornak
United States District Judge

cc:   All counsel of record